UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE STOCK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY WASHINGTON, et al.,<br><br>　　　　　　　　Defendants. | No. C05-1214P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

　　　This matter comes before the Court on Plaintiff's Motion for Reconsideration. (Dkt. No. 17). The Court DENIES Plaintiff's Motion. Under Local Civil Rule 7(h), Plaintiff must bring new arguments or evidence to the Court's attention in order to cause the Court to reconsider its previous ruling. The Court finds that Plaintiff has not met this requirement in the instant case. Plaintiff claims that the Court did not adequately consider the claims lodged against Judge Wisman and Cascade District Court Staff after April 22, 2002. However, he does not provide any new evidence or arguments to back this claim. For this reason, the Court's previous judgment stands the Court must DENY Plaintiff's Motion for Reconsideration.

　　　The Clerk is directed to send copies of this order to all counsel of record.

　　　Dated: October 5th, 2005.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1